COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Germain Lawon Davis v. The State of Texas

Appellate case number:    01-13-00947-CR

Trial court case number:   1330760

Trial court:              182nd District Court of Harris County

Appellant's brief was filed on May 7, 2014 and the State's brief was originally due on June 6, 2014. On June 4, 2014, we granted the State's first request for an extension of time and extended the deadline to file the State's brief to July 7, 2014. On July 7, 2014, we granted the State's second extension request and extended the deadline to August 7, 2014 with no further extensions absent extraordinary circumstances. On August 8, 2014, we granted the State's third extension request and extended the deadline to September 8, 2014 with no further extensions. On September 15, 2014, the State filed a motion requesting a fourth extension of time to September 22, 2014. The State's brief was not filed by the latest deadline request by the State and, as of the date of this order, the brief has not been filed.

The State's request for a fourth extension of time to file its brief is **DENIED**. This case is now at issue and eligible for submission and consideration without a brief by the State.

It is so ORDERED.


Judge's signature: /s/ <u>Michael Massengale</u>
                    ☒ Acting individually    ☐ Acting for the Court


Date: September 30, 2014